May Term, 1859.

Doyle v. Kiser.

*J. Baker*, for the appellants.

---

### Robinson *v.* Ransom and Others.

Wednesday, June 15.

---

### Doyle *v.* Kiser.

Wednesday, June 15.

APPEAL from the *Miami* Circuit Court.

*Per Curiam.* — Where erroneous instructions of the Court to the jury upon the trial of a cause, constitute the error for which the judgment in the cause is reversed by

the Supreme Court, such error will, as a general rule, render the whole trial an error, so far as to compel a reversal back through the trial to the issue. It renders a second trial of the issue necessary. Such was this case; and the reversal carried the costs of the erroneous trial had, by the express terms of the decision in 8 Ind. R. 396.

There may, perhaps, be cases of an equitable nature, where a reversal may extend through a part, and not the whole, of a trial, even for erroneous instructions; but this is not one of them. *Conner* v. *Winton*, 10 Ind. R. 25.

The judgment is reversed with costs. Cause remanded, &c.

*H. P. Biddle*, for the appellant.

*D. D. Pratt* and *D. M. Cox*, for the appellee.